UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD WILLIAM MEXICO,

       Plaintiff,                           Case No. 2:13-cv-1

v.                                              HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 16, 2014, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") (Dkt. No. 16) recommending that the remaining Defendant's motion for summary judgment be granted and that this case be terminated in its entirety. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 16, 2014, R&R (Dkt. No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (Dkt. No. 12) is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and this case is **DISMISSED** in its entirety. The Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth,* 114 F.3d 601, 611 (6th Cir. 1997).

Dated: February 11, 2014                                   /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE